FILED
CLERK, U.S. DISTRICT COURT

FEB 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT TULLOUS,<br><br>    Petitioner,<br><br>v.<br><br>K. CLARK, Warden,<br><br>    Respondent. | No. EDCV 06-1056-RGK (AGR)<br><br>**JUDGMENT** |

    Pursuant to the order adopting the magistrate judge's report and recommendation,

    IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: FEB - 8 2008

                                                     R. GARY KLAUSNER
                                                UNITED STATES DISTRICT JUDGE